IN THE UNITED STATES BANRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re<br>AVR AH LLC<br>　　　　Debtors(s). | Case No. 23-90758<br><br>Chapter 11 |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

**TO THE HONORABLE JUDGE OF SAID COURT:**

Notice is hereby given that JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A., withdraws its Proof of Claim, Claim No. 2-1 in the amount of $24,641.66 filed on August 29, 2023.

Dated: September 15, 2023

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Kiana Witcher
　　　　　　　　　　　　　　　　　　　Kiana Witcher
　　　　　　　　　　　　　　　　　　　Bonial & Associates, P.C.
　　　　　　　　　　　　　　　　　　　P.O. Box 9013
　　　　　　　　　　　　　　　　　　　Addison, Texas 75001
　　　　　　　　　　　　　　　　　　　(972) 643-6600
　　　　　　　　　　　　　　　　　　　Email: pocquestions@bonialpc.com
　　　　　　　　　　　　　　　　　　　Authorized Agent for JPMorgan Chase Bank,
　　　　　　　　　　　　　　　　　　　N.A. s/b/m/t Chase Bank USA, N.A.

2209-N-5247

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re<br>AVR AH LLC<br><br>　　　　　　Debtors(s). | Case No. 23-90758<br><br>Chapter 11 |

### CERTIFICATE OF SERVICE

I certify under penalty of perjury that I caused the Withdrawal of Proof of Claim to be filed and served on the parties at the addresses specified below on September 15, 2023.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

**Service by First-Class Mail**
AVR AH LLC
514 E Hyman Avenue
Aspen, Colorado 81611

**Service by NEF**
Joshua W Wolfshohl
Attorney for AVR AH LLC
wolfshohl@porterhedges.com


U.S. Trustee
Office of the U.S. Trustee
515 Rusk Ave., Ste. 3516
Houston, Texas  77002


EXECUTED ON:      September 15, 2023

　　　　　　　　　　　　　　　　　　　　By: /s/  Kiana Witcher
　　　　　　　　　　　　　　　　　　　　　　　Kiana Witcher
　　　　　　　　　　　　　　　　　　　　　　　Bonial & Associates, P.C.
　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 9013
　　　　　　　　　　　　　　　　　　　　　　　Addison, Texas 75001
　　　　　　　　　　　　　　　　　　　　　　　(972) 643-6600
　　　　　　　　　　　　　　　　　　　　　　　Email: pocquestions@bonialpc.com
　　　　　　　　　　　　　　　　　　　　　　　Authorized agent for JPMorgan Chase Bank, N.A.
　　　　　　　　　　　　　　　　　　　　　　　s/b/m/t Chase Bank USA, N.A.